**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-907-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ROBERT BLACKWOOD,

    Plaintiff,

v.

COLORADO STATE PUBLIC DEFENDERS OFFICE, Adams County,
THE STATE OF COLORADO'S DISTRICT ATTORNEY'S OFFICE, Adams County,
THE PEOPLE OF THE STATE OF COLORADO,
ADAMS COUNTY DETENTION FACILITY,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Robert Blackwood, is currently incarcerated at the Adams County Detention Facility in Brighton, Colorado. On April 21, 2016, he submitted *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. (ECF No. 3).

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __ is not submitted
(2) __ is missing affidavit

(3) __X__   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (account statement must be certified by an authorized prison official)
(4) ___   is missing certificate showing current balance in prison account
(5) ___   is missing required financial information
(6) ___   is missing authorization to calculate and disburse filing fee payments
(7) ___   is missing an original signature by the prisoner
(8) ___   is not on proper form
(9) ___   names in caption do not match names in caption of complaint, petition or habeas application
(10) __X__   other: In the alternative, Plaintiff may pay the $400.00 filing fee.

**Complaint, Petition or Application**:
(11) ___   is not submitted
(12) ___   is not on proper form
(13) ___   is missing an original signature by the prisoner
(14) ___   is missing page nos.
(15) ___   uses et al. instead of listing all parties in caption
(16) ___   names in caption do not match names in text
(17) ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov and use that form to cure the deficiencies if he wishes to proceed *in forma pauperis*. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

2

DATED April 25, 2016, at Denver, Colorado.

BY THE COURT:  
s/ Gordon P. Gallagher  
United States Magistrate Judge